UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SELENE FINANCE, L.P.,

        Plaintiff,

vs.

PREMIER ONE HOLDINGS, INC.,

        Defendants.

Case No.: 2:15-cv-00925-GMN-NJK

**ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION**

This action has been pending in this Court for more than two hundred seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

IT IS HEREBY ORDERED that the above entitled action is DISMISSED without prejudice for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this \_\_25\_\_ day of \_\_January\_\_, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court